ReedSmith
Driving progress
through partnership

Reed Smith LLP
200 South Biscayne Boulevard
Suite 2600
Miami, Florida
Phone +1 786 747 02200
Fax +1 786 747 0299
reedsmith.com

**Francisco A. Rodriguez**
Direct Phone: +1 786 747 0250
Email: Francisco.rodriguez@reedsmith.com

October 1, 2026

**VIA ECF AND E-MAIL**
**Torres_NYSDChambers@nysd.uscourts.gov**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Status Report on Progress of Diplomatic Service upon Venezuela – Diana Lisseth Caballero Cumpa v. The Bolivarian Republic of Venezuela*, Case No. 1:25-cv-10332.

Dear Judge Torres:

On behalf of Plaintiff Diana Lisseth Caballero Cumpa ("Ms. Cumpa"), we respectfully submit this letter pursuant to the Court's July 30, 2026, Order (ECF No. 21), Rule I.C of Your Honor's Individual Practices, and Local Civil Rule 7.1(e). The letter provides the status update the Court directed regarding service of process on Defendant, the Bolivarian Republic of Venezuela ("Venezuela"), and proposes that Ms. Cumpa file a further status update in sixty (60) days given the ongoing pendency of diplomatic service process.

**1. The Court's July 30, 2026, Order**

The Court's July 30, 2026 Order adjourned the parties' deadline to file a joint letter and case management plan to sixty (60) days after Venezuela is served. It further directed that, "[i]f Respondent is not served by September 30, 2026, Plaintiff shall file a status update." As set forth below, diplomatic service remains pending, and Ms. Cumpa accordingly submits this status update.

**2. Status of Diplomatic Service**

Diplomatic service under 28 U.S.C. § 1608(a)(4) **remains pending**. On January 15, 2026, the Court found that service under 28 U.S.C. §§ 1608(a)(1), (2), and (3) was unavailable and authorized service on Venezuela through diplomatic channels under § 1608(a)(4) (ECF No. 14). On April 23, 2026, the Clerk of Court certified mailing of the diplomatic service package to the

ReedSmith
Driving progress
through partnership

Reed Smith LLP
200 South Biscayne Boulevard
Suite 2600
Miami, Florida
Phone +1 786 747 02200
Fax +1 786 747 0299
reedsmith.com

**Francisco A. Rodriguez**
Direct Phone: +1 786 747 0250
Email: Francisco.rodriguez@reedsmith.com

U.S. Department of State for onward transmission to Venezuela (ECF No. 18). As of the date of this Status Report, Ms. Cumpa has not received notification that diplomatic service has been perfected, and no Clerk's Certificate of Mailing Received has been docketed.

*Plaintiff's continued diligence in monitoring and pursuing service*. Since the Court's July 30, 2026, Order, Ms. Cumpa has taken the following steps to monitor the status of diplomatic service and to identify any other method of service that may now be available under the FSIA:

- **July 28, 2026, inquiry to the Clerk's Office.** As previously reported, the Clerk's Office advised counsel's staff that it had received no response from the Department of State, would docket a Clerk's Certificate of Mailing Received upon confirmation, and that diplomatic service may take a year or more.
- **September 14, 2026, inquiry to Venezuelan consular officials.** Following the March 5, 2026, re-establishment of diplomatic and consular relations between the United States and Venezuela, counsel emailed the consular office of Venezuela's diplomatic mission in the United States asking: (i) whether the Consulate General in New York has resumed operations and an official there may accept service on behalf of the Republic; (ii) whether any other agent in the United States has been designated to accept service; and (iii) if not, whether the Republic would accept service through its diplomatic mission in Washington, D.C., and the appropriate official and address for delivery.
- **September 28, 2026, follow-up to Venezuelan consular officials.** Counsel sent a follow-up repeating these inquiries and asking to be directed to the appropriate office. Venezuela has not responded to either email.
- **September 28, 2026, inquiry to the Clerk's Office.** Counsel's staff again called the Clerk's Office, which confirmed that the package was mailed to the Department of State but advised that it has no means of tracking the status of service and could not estimate when a response might be received.

Ms. Cumpa has taken every step available to her to effect service in accordance with the FSIA and the Court's January 15, 2026 Order; the package is now with the Department of State, and the remaining time required is outside her control. She will continue to monitor diplomatic service and the status of the New York consulate, and will promptly inform the Court of any material development.

ReedSmith
Driving progress
through partnership

Reed Smith LLP
200 South Biscayne Boulevard
Suite 2600
Miami, Florida
Phone +1 786 747 02200
Fax +1 786 747 0299
reedsmith.com

**Francisco A. Rodriguez**
Direct Phone: +1 786 747 0250
Email: Francisco.rodriguez@reedsmith.com

### 3. Procedural History of Prior Adjournments

For the Court's convenience, Ms. Cumpa notes that the Court has previously adjourned the case management deadlines in this action three times while diplomatic service has been pending:

- On February 17, 2026, Ms. Cumpa filed a letter motion (ECF No. 15) seeking an extension of the original February 17, 2026 deadlines. By Order dated February 19, 2026 (ECF No. 16), the Court granted the request in part and set a new deadline of April 20, 2026.
- On April 17, 2026, Ms. Cumpa filed a second letter motion (ECF No. 17). By Order dated June 16, 2026 (ECF No. 19), the Court granted the request in part and set a new deadline of August 1, 2026.
- On July 29, 2026, Ms. Cumpa filed a third letter motion (ECF No. 20). By Order dated July 30, 2026 (ECF No. 21), the Court adjourned the deadline for the joint letter and case management plan to 60 days after Venezuela is served and directed Plaintiff to file a status update if Venezuela was not served by September 30, 2026.

### 4. Consent

Because Defendant has not yet been served and has not appeared in this action, Ms. Cumpa has not been able to obtain Defendant's position regarding this request.

### 5. Proposed Further Status Update

Because service is in diplomatic transit and its timing is outside Ms. Cumpa's control, Ms. Cumpa respectfully proposes to file a further status update regarding service **within sixty (60) days** of the date of this letter, or by such other date as the Court may direct. In the meantime, Ms. Cumpa will promptly notify the Court if service is confirmed, if a Clerk's Certificate of Mailing Received is docketed, or if Venezuela appears in this action before that date.

Alternatively, Ms. Cumpa respectfully requests that the Court adjourn the deadline and direct that a new deadline be set after service has been completed and Defendant has appeared in this action.

ReedSmith
Driving progress
through partnership

Reed Smith LLP
200 South Biscayne Boulevard
Suite 2600
Miami, Florida
Phone +1 786 747 02200
Fax +1 786 747 0299
reedsmith.com

**Francisco A. Rodriguez**
Direct Phone: +1 786 747 0250
Email: Francisco.rodriguez@reedsmith.com

The deadline for the parties' joint letter and case management plan, which the Court has already adjourned to 60 days after Venezuela is served, would remain unchanged. No other scheduled dates would be affected.

We thank the Court for its attention to this matter.

Respectfully,

/s/ *Francisco Rodriguez*
Francisco A. Rodriguez