USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/1/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANA LISSETH CABALLERO CUMPA,

Plaintiff,

-against-

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

25 Civ. 10332 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On July 30, 2026, the Court directed the Plaintiff to file a status update by September 30, 2026 if Respondent was not served. *See* ECF No. 21. Plaintiff did not file a status update by the September 30, 2026 deadline and a Certificate of Mailing Received has not been docketed.

Accordingly, by **October 7, 2026**, the Plaintiff shall file a status update..

SO ORDERED.

Dated: October 1, 2026
New York, New York

ANALISA TORRES
United States District Judge